UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLEGESTREET IMPORT & EXPORT (TIANJIN) CO. LTD., et al., <br><br> Plaintiffs, <br><br> -v- <br><br> TL X HF, LLC, et al., <br><br> Defendants. | 24-cv-4522 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

On July 26, 2024, defendants TL x HF, LLC, Maxwell Ritz, and Loyalist LLC moved to dismiss the complaint and moved to compel arbitration of the causes of action stated therein. See ECF Nos. 18, 24. Several weeks later, plaintiffs CollegeStreet Import & Export (Tianjin) Co. Ltd. and Jin Zhang filed an amended complaint. See ECF No. 32. Defendants subsequently filed a new motion to dismiss. See ECF No. 37. Defendants had not filed a new motion to compel arbitration but confirmed to the Court, in an email sent to the Court and opposing counsel in late November 2024, that they "would like a ruling on the motion to compel arbitration."

After carefully reviewing the parties' briefs, the Court (1) grants defendants' motion to compel arbitration of Zhang's claim for breach of fiduciary duty against Ritz ("Third Cause of Action"); (2) denies defendants' motion to compel arbitration of CollegeStreet's claims under section 17200 of the California Business & Professions Code against TL x HF and Ritz ("Second Cause of Action"); (3) denies

1

defendants' motion to compel arbitration of CollegeStreet's claim for breach of contract against TL x HF ("First Cause of Action"); (4) grants defendants' motion to stay the fiduciary-duty claim but denies the motion to stay the section 17200 claims and the breach-of-contract claim; and (5) grants defendants' motion to dismiss the section 17200 claims.

    An Opinion explaining the reasons for this ruling will issue in due course. The Clerk of Court is respectfully directed to close docket entry numbers 18, 22, 24, 37, 40, and 46.

    SO ORDERED.

New York, NY  
February 5, 2025

                                                JED S. RAKOFF, U.S.D.J.