UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLEGESTREET IMPORT & EXPORT (TIANJIN) CO. LTD., et al.,<br><br>              Plaintiffs,<br><br>       -v-<br><br>TL X HF, LLC, et al.,<br><br>              Defendants. | 24-cv-4522 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Because defendant TL x HF has filed for bankruptcy, the matter is stayed indefinitely[1], and thus the trial will not go forward as originally scheduled.

    SO ORDERED.

New York, NY
April 22, 2025

_____
JED S. RAKOFF, U.S.D.J.

---

[1] In an Opinion and Order dated April 2, 2025, the Court stayed, pending arbitration, the claim for breach of fiduciary duty brought by plaintiff Jin Zhang against defendant Maxwell Ritz. See ECF No. 50 at 1. The Court also dismissed the claims under Section 17200 of the California Business & Professions Code brought by plaintiff College Street against Ritz and co-defendant TL x HF. See id. After the Court's order, the only active claim in this matter was for breach of contract, brought by College Street against TL x HF. That claim was scheduled for a bench trial from May 5, 2025, to May 7, 2025.